IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Western District of Missouri |
| | ) | Case No. 21mj59-01-JAM |
| v. | ) | |
| | ) | District of Columbia |
| CAREY J. WALDEN, | ) | Case No. 1:21-mj-00441-GMH |
| | ) | |
| Defendant. | ) | |

O R D E R

On May 28, 2021 defendant appeared with Federal Public Defender, Ronna Holloman-Hughes, on a warrant issued for a Complaint out of the United States District Court for the District of Columbia. Defendant freely and voluntarily waived the identity hearing and preliminary hearing and agreed to return to court in District of Columbia to answer the charges there. The government did not seek pretrial detention thus defendant was released on a personal recognizance bond and conditions of release were set and reviewed. Therefore, it is

ORDERED that the defendant, is directed to next appear on June 4, 2021 at 1:00pm via Zoom video conference. Video conference instructions will need to be provided to defendant.

/s/ Lajuana M. Counts
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
May 28, 2021